IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02501-WYD-CBS

METABOLITE LABORATORIES, INC., a Colorado corporation,

      Plaintiff,

v.

AMERISOURCEBERGEN CORPORATION, a Delaware corporation, and McKESSON CORP., a Delaware corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

On August 17, 2005, Plaintiff filed a Motion for Leave to File Five Page Sur-Reply in Motion to Stay (*doc. no. 49*). This court entered a minute order on August 29, 2005, setting a response date of 5:00 p.m. on August 31, 2005.

A review of the docket and file in this matter indicates that no objections or responses have been filed in compliance with the court's minute order. Therefore, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**.

**DATED:**  September 1, 2005