IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02501-WYD-CBS

METABOLITE LABORATORIES, INC., a Colorado corporation,

    Plaintiff,

v.

AMERICSOURCEBERGEN CORPORATION, a Delaware corporation;
MCKESSON CORP., a Delaware corporation,

    Defendants.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Motion to Transfer or, in the Alternative, to Stay filed April 17, 2006, is **STRICKEN** with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

    Dated:  April 18, 2006

                                        s\ Sharon Shahidi
                                        Law Clerk to
                                        Wiley Y. Daniel
                                        U.S. District Court