IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02501-WYD-CBS

METABOLITE LABORATORIES, INC., a Colorado corporation,

      Plaintiff,

v.

AMERISOURCEBERGEN CORPORATION, a Delaware corporation, and
McKESSON CORP., a Delaware corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendants' Motion to Vacate May 9, 2006 Hearing (filed April 24, 2006; *doc. no. 130*) is **GRANTED**, in part and **DENIED**, in part. The hearing remains set on the court's calendar for **May 9, 2006, at 10:45 a.m. (Mountain Time)**. However the court will CONVERT the hearing into a telephonic status conference.

      IT IS FURTHER ORDERED that counsel are relieved of their obligation to have a client representative present for the conference.

### **INSTRUCTIONS FOR TELEPHONIC PARTICIPATION**

Parties are directed to consult with each other, prior to the set hearing, to make arrangements for <u>one complete</u> conference call (Courtroom technology requires that all participating parties are to be on the line, *before* the Court is contacted).

      Once the call is complete, the Court may be reached by dialing **(303) 844-2117** at the scheduled date/time.

**DATED:**    April 26, 2006