IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02501-WYD-CBS

METABOLITE LABORATORIES, INC., a Colorado corporation,
BRECKENRIDGE PHARMACEUTICAL, INC.;

    Plaintiff,

v.

AMERISOURCEBERGEN CORPORATION, a Delaware corporation;
McKESSON CORP., a Delaware corporation,

    Defendants.

---

(consolidated with Civil Action 05-cv-01083-WYD-BNB)

BRECKENRIDGE PHARMACEUTICAL, INC.,

    Plaintiff,

v.

METABOLITE LABORATORIES, INC.,

    Defendant.

and

METABOLITE LABORATORIES, INC.,

    Counterclaimant,

v.

BRECKENRIDGE PHARMACEUTICAL, INC.;
FLORIDA BRECKENRIDGE, INC.,

    Counterclaim Defendant

---

**ORDER**

On June 5, 2006, I consolidated *Breckenridge Pharmaceuticals, Inc. v. Metabolite Laboratories, Inc.*, Civil Action No. 05-cv-01083-REB-BNB with *Metabolite Laboratories, Inc. v. AmerisourceBergen Corp., et al.*, Civil Action No. 04-cv-02501-WYD-CBS.  Because the cases have been consolidated, it is

ORDERED that all filings in the consolidated case shall be made in Civil Action No. 04-cv-02501-WYD-CBS.  It is

FURTHER ORDERED that the Order of Reference in 05-cv-01083-REB-BNB is **VACATED**.  It is

FURTHER ORDERED that the Order of Reference to United States Magistrate Judge Craig B. Shaffer in 04-cv-02501-WYD-CBS shall be effective in this consolidated case.

Dated:  June 12, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge